attorney's fees and costs. We order that Gough take nothing on her request for attorney's fees. Because we have resolved Shilling's first issue in his favor, we need not address his remaining issues.

Michael S. Carnahan, Southlake, for Appellants.

William Truman Jones, Jr., Houston, for Appellee.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

### OPINION

Opinion by Chief Justice WRIGHT.

Before the Court is appellants' January 24, 2013 motion to dismiss appeal. In the motion, appellants state the parties have settled and compromised their differences and request the appeal be dismissed. We grant appellants' motion and dismiss this appeal. *See* Tex.R.App. P. 42.1(a)(1).

**In re Jeffrey CLARK, Relator.**

No. 05–13–00065–CV.

Court of Appeals of Texas, Dallas.

Feb. 14, 2013.

**K. BRASHER and W. Brasher, Appellants**

v.

**TEXAS FARMERS INSURANCE COMPANY, Appellee.**

No. 05–12–01034–CV.

Court of Appeals of Texas, Dallas.

Feb. 5, 2013.